UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>RIVERDALE PACKAGING CORPORATION,<br><br>    Serve Registered Agent:<br>    William H. Nottke, Jr.<br>    11027 Chateau Chura Drive<br>    St. Louis, Missouri 63128<br><br>and<br><br>LORA PROPERTY INVESTMENTS, LLC<br><br>    Serve Registered Agent:<br>    Bill Nottke<br>    7301 Hazelwood Avenue<br>    Hazelwood, Missouri 63042<br><br>and<br><br>WOMBAT ACQUISITIONS LLC,<br><br>    Serve Registered Agent:<br>    Paracorp Incorporated<br>    2140 S Dupont Hwy<br>    Camden, Delaware 19934<br><br>      Defendants. | Case No. 4:24-cv-01277 |

## PLAINTIFF ACUITY, A MUTUAL INSURANCE COMPANY'S DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, counsel of record for Plaintiff Acuity, a Mutual Insurance Company hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a. Whether it is publicly traded, and if it is, on which exchange(s): **Acuity, A Mutual Insurance Company is not publicly traded.**

    b. Its parent companies or corporations (if none, state "none"): **None.**

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"): **None.**

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None.**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations[1]: **Plaintiff Acuity, A Mutual Insurance Company is a resident and citizen of Wisconsin.**

---

[1] **Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.**

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

BAKER STERCHI COWDEN & RICE LLC

*/s/ James R. Jarrow*

| | |
|---|---|
| James R. Jarrow | 38686MO |
| Michael W. Shunk | 43841MO |

2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471-2121
Fax: (816) 472-0288
jarrow@bakersterchi.com
mshunk@bakersterchi.com

**ATTORNEYS FOR PLAINTIFF ACUITY,
A MUTUAL INSURANCE COMPANY**