UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No. 4:24-cv-01277-MTS |
| v. ) ) | |
| LORA PROPERTY INVESTMENTS, LLC, et al., ) ) ) | |
| Defendants. ) | |

### CONSENT MOTION FOR ADDITIONAL TIME TO RESPOND

COMES NOW, Defendant Wombat Acquisitions, LLC and with consent of opposing counsel, hereby requests an additional thirty (30) days in which to file its responsive pleading pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Plaintiff's counsel consents to this Motion which is brought in good faith and not for purposes of delay or hindrance and no party will be prejudiced by same.

OTT LAW FIRM

*/s/ Mark Edward Blankenship Jr.*
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Defendant*
*Wombat Acquisitions, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all parties of record by operation of the Court's electronic case filing and case management system on this 17th day of October 2024.

<em>/s/ Mark Edward Blankenship Jr.</em>