UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:24-cv-01277-MTS |
| RIVERDALE PACKAGING CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Leave to Designate a Non-Court Certified Neutral, Doc. [62], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Engage in ADR, Doc. [59], is **GRANTED**. The parties shall file a new Designation of Neutral no later than **Monday**, **June 02, 2025**, which must be signed by counsel for all parties. An extension of this deadline will not be provided without a showing of especially exceptional circumstances. The parties shall conclude ADR no later than **Thursday**, **July 31, 2025**.

Dated this 23rd day of May 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE