UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERDALE PACKAGING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: 4:24-cv-01277-MTS |

**DESIGNATION OF NEUTRAL BY PARTIES, AND
ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for mediation/early neutral evaluation dated March 31, 2025, the parties hereby designate by agreement the following individual to serve as Neutral in the above-styled action:

**Name of Neutral:**　　Robert Litz
　　　　　　　　　　　　Miles Mediation & Arbitration
　　　　　　　　　　　　500 N. Broadway, Suite 1800
　　　　　　　　　　　　St. Louis, MO 63102

**The attorneys of record in this case are:**

James Jarrow/Michael Shunk
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO
(816) 471-2121
Counsel for Acuity, a Mutual Insurance Company

Zachary McMichael/Elizabeth McKown
Capes Sokol
8182 Maryland Ave., 15th Floor
St. Louis, MO
(314) 721-7701
Counsel for Riverdale Packaging and Lora Property Investments, LLC

Joseph Ott
Ott Law Firm
3544 Oxford Ave.
Maplewood, MO
(314) 293-3756
    and
Jeremy Hollingshead
Hollingshead & Dudley
14323 S. Outer 40 Rd., Suite 204N
Town & Country, MO
(314) 480-5474
Counsel for Wombat Acquisitions, LLC

The completion deadline for this ADR referral is July 31, 2025.

The parties, in consultations with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

| | |
|---|---|
| Date of Conference: | June 24, 2025 |
| Time of Conference: | 9:30 a.m. |
| Location of Conference: | Miles Mediation & Arbitration<br>500 N. Broadway, Suite 1800<br>St. Louis, MO 63102<br>[Some parties participating by video] |

    All parties and the assigned neutral have been given at least fourteen (14) days' notice of the above-dated conference. The neutral shall schedule any additional conferences(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

Date: May 30, 2025

/s/ Michael Shunk
Michael Shunk, for Acuity

/s/ Joseph Ott
Joseph Ott, for Wombat

/s/ Zachary McMichael
Zachary McMichael, for Riverdale & Lora