UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERDALE PACKAGING CORPORATION,<br><br>and<br><br>LORA PROPERTY INVESTMENTS, LLC<br><br>and<br><br>WOMBAT ACQUISITIONS LLC,<br><br>　　　　Defendants. | Case No.: 4:24-cv-01277-MTS |

**WITHDRAWAL OF ATTORNEY**

Briana C. Cowell of Baker Sterchi Cowden & Rice, LLC **withdraws** her appearance as counsel of record for Plaintiff Acuity, A Mutual Insurance Company. Attorneys James Jarrow and Michael Shunk will remain counsel for Plaintiff.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, LLC

/s/ Briana C. Cowell
James R. Jarrow　　MO # 38686
Michael W. Shunk　MO # 43841
Briana C. Cowell　　MO # 70926
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471.2121
Fax: (816) 472.0288
jarrow@bakersterchi.com
mshunk@bakersterchi.com
bcowell@bakersterchi.com
ATTORNEYS FOR PLAINTFF ACUITY,
A MUTUAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court on this 8th day of July, 2025, which will send notification of same to all counsel of record.

/s/ Briana C. Cowell