UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RIVERDALE PACKAGING CORPORATION, <br><br> and <br><br> LORA PROPERTY INVESTMENTS, LLC <br><br> and <br><br> WOMBAT ACQUISITIONS LLC, <br><br> Defendants. | Case No.: 4:24-cv-01277 |

**MOTION TO AMEND CASE MANAGEMENT ORDER**

COME NOW plaintiff Acuity and defendants Riverdale Packaging and Lora Properties Investments, by and through their undersigned counsel of record, and pursuant to Rule 6(b)(1)(a) move this Court for its order modifying their Scheduling Order in accordance with the proposed Second Amended Case Management Order, which is attached hereto as Exhibit A. In support of said motion, the moving parties state as follows:

1. On July 21, 2025, this Court entered its First Amended Case Management Order with a trial date of June 1, 2026.

2. According to that Case Management Order, counterclaim plaintiff Wombat was to designate experts on or before August 21, 2025, and the depositions of those experts were to be completed no later than September 22, 2025.

3. On or before August 21, 2025, Wombat designated four expert witnesses and provided their reports in accordance with the amended case management order.

4. Due to limited availability on the part of the witnesses, however, the parties were unable to complete the depositions of those witnesses by September 22, 2025.

5. As of the date of this motion, just one of Wombat's expert witnesses have been deposed; two are scheduled for later this week, and the fourth expert witness is being deposed on October 31.

6. Due to the delays in taking the depositions of Wombat's experts, counsel for counterclaim defendant Acuity needs additional time beyond the current due date of October 20, 2025, to designate and provide reports for its experts.

7. To that end, the moving parties are requesting a third amended scheduling order, which extends the following deadlines:

2

- Acuity's deadline for designating expert witnesses to December 5, 2025.

- The time for completing depositions of counterclaim defendant's experts is extended to January 23, 2026.

- The discovery deadline is extended to February 6, 2026.

- The time for raising discovery disputes is extended to February 20, 2026.

8.  The proposed second amended case management order does not affect the trial date or any other deadlines set forth in the previous case management order.

9.  The moving parties are in agreement with the proposed second amended case management order.

10.  Council for defendant Wombat has been contacted about this motion, and has not yet communicated his position on the matter.

Wherefore, for the foregoing reasons, the moving parties respectfully request this Court's order amending the current Case Management Order in accordance with the proposed Second Amended Case Management Order, attached hereto as Exhibit A, and for such additional relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE LLC

/s/ Michael Shunk
James R. Jarrow MO # 38686
Michael W. Shunk MO # 43841
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471-2121
jarrow@bakersterchi.com
mshunk@bakersterchi.com
ATTORNEYS FOR PLAINTIFF
ACUITY,
A MUTUAL INSURANCE COMPANY

and

CAPES, SOKOL, GOODMAN
SARACHAN, PC

  /s/ Zachary McMichael
Zachary R. McMichael   #68251
Elizabeth W. McKown   #73484
818 Maryland Ave., Fifteenth Floor
St. Louis, Missouri 63105
(314) 721-7701
mcmichael@capesokol.com
mckown@capessokol.com
**Attorneys for Defendant Riverdale/Lora**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record by operation of the Court's electronic case filing and case management system on October 20, 2025.

/s/ Michael Shunk

4