**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

ACUITY, A MUTUAL INSURANCE
COMPANY,

        Plaintiff,

   v.

RIVERDALE PACKAGING
CORPORATION, et al.,

        Defendants.

Case No.: 4:24-cv-01277

**DEFENDANT RIVERDALE PACKAGING CORPORATION'S RESPONSES TO**
**PLAINTIFF ACUITY'S SECOND REQUEST FOR ADMISSIONS TO**
**DEFENDANT RIVERDALE PACKAGING**

Defendant Riverdale Packing Corporation, by and through counsel, pursuant to Rule 36, for its Responses to Plaintiff Acuity, a Mutual Insurance Company's Second Request for Admissions to Defendant Riverdale Packaging Corporation, states as follows:

1.  Riverdale Packaging Corporation ("Riverdale") is a manufacturer of cardboard packaging products.

**RESPONSE:  Admit**.

2.  Bill Nottke was President and C.E.O. of Riverdale Packaging until he passed away on November 6, 2025.

**RESPONSE:  Admit**.

3.  Mr. Nottke formed Lora Property Investments, LLC for the purpose of owning company real estate, including a large warehouse at 4501 Gustine Avenue ("the building").

**RESPONSE:  Admit**.

4.  The total footprint of the building was approximately 100,000 square feet.

EXHIBIT 1

**RESPONSE:  Admit**.

5.  In January of 2024 a portion of the building was being used by a subsidiary company of Riverdale.

**RESPONSE:  Admit**.

6.  On or about January 20, 2024, an exterior water pipe broke, which caused water to spray onto the roof of the building.

**RESPONSE:  Admit**.

7.  On or about that date, a portion of the roof of the building collapsed due to the accumulation of ice and snow.

**RESPONSE:  Admit**.

8.  The area of the roof collapse was a small fraction of the total surface area of the roof.

**RESPONSE:  Riverdale cannot admit that a "small fraction of the total surface area of the roof" collapsed because that term is vague and ambiguous.  However, Riverdale admits that approximately ten percent (10%) of the total surface area of the roof collapsed.**

9.  The photograph marked photo No. 1 on attached Exhibit A shows an aerial photograph of the roof with the collapsed area depicted in blue.

**RESPONSE:  Admit**.

10.  The photograph marked Photo No 15 on attached Exhibit B shows the portion of the roof that collapsed.

**RESPONSE:  Admit**.

11.  To date, Acuity has paid Riverdale and its contractors approximately $1.5 million on the property damage claim.

**RESPONSE:  Admit**.

12.  The most recent of those payments, i.e., $836,124.37, was forwarded by Riverdale to the new building owner pursuant to the terms of the purchase agreement.

**RESPONSE:  Riverdale admits that the most recent payment received from Acuity, in the amount of $836,124.37, was forwarded by it to Wombat pursuant to the terms of the purchase agreement and the insurance benefits assignment agreement.**

Respectfully submitted:

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By:      /s/ *Zachary R. McMichael*
　　　　Zachary R. McMichael, #68251(MO)
　　　　Elizabeth W. McKown, #73484(MO)
　　　　8182 Maryland Ave., Fifteenth Floor
　　　　St. Louis, Missouri 63105
　　　　(314) 721-7701 (telephone)
　　　　(314) 721-0554 (facsimile)
　　　　mcmichael@capessokol.com
　　　　mckown@capessokol.com

***Attorneys for Defendants Riverdale Packaging Corporation and  Lora Property Investments, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2025, a copy of the foregoing was sent via email to the following:

Joseph Ott
joe@ott.law
Counsel for Wombat

Jeremy Hollingshead
jhollingshead@hdtriallawyers.com
Counsel for Wombat

Michael W. Shunk
mshunk@bakersterchi.com
Counsel for Acuity

/s/ *Zachary R. McMichael*

Insured: Riverdale Packaging Corp.
EFI Global File No.: 015.05571
Date: February 29, 2024



Photo No. 1:     Google Satellite view of subject building



Photo No. 2:     Front (east) elevation

Insured: Riverdale Packaging Corp.
EFI Global File No.: 015.05571
Date: February 29, 2024



Photo No. 15:    Facing south towards collapse, note snow/ice on either side of collapse



Photo No. 16:    Facing west along collapse region

Exhibit B