Case: 4:24-cv-01277-MTS    Doc. #: 83-4    Filed: 02/11/26    Page: 1 of 2 PageID #: 606

Michael Michio and Claim Adjusters Group ordered to pay a total of mo...nresident public adjuster's license revoked | Iowa Insurance Division    11/25/25, 2:31 PM

# Michael Michio and Claim Adjusters Group ordered to pay a total of more than $1.3 million in restitution, penalties and fees and nonresident public adjuster's license revoked

Friday, October 11, 2024

DES MOINES - Iowa Insurance Commissioner Doug Ommen [issued a final order](#) that revoked the nonresident public adjuster license of Michael Michio and permanently banned him and his company, Claim Adjusters Group, Inc, from applying for Iowa public adjuster licenses. Michio and Claim Adjusters Group were also ordered to pay restitution in the amount of $1,028,177.10, pay civil penalty of $235,000, pay $68,123.75 in investigation and prosecution costs, and are prohibited from receiving or collecting any insurance proceeds from any insurance company handling any claim in the state of Iowa.

Michio's company entered into a contract with an Iowa contractor in 2020, to provide public adjuster services to its clients.  As of May 30, 2024, Claim Adjusters Group has withheld over $1 million in claim proceeds.

The Iowa Insurance Division received numerous complaints from May of 2020 to August 2022 claiming that Michio and Claim Adjusters Group had endorsed checks on behalf of insureds and banks without proper authorization, failed to release client funds, failed to communicate or respond to inquiries from insureds, and took a higher fee amount than they were entitled to.

**EXHIBIT 4**

**Exhibit 11**

Michael Michio and Claim Adjusters Group ordered to pay a total of mo...nresident public adjuster's license revoked | Iowa Insurance Division 11/25/25, 2:31 PM

Case: 4:24-cv-01277-MTS    Doc. #: 83-4    Filed: 02/11/26    Page: 2 of 2 PageID #: 607

"Iowa's laws regarding public adjusters are in place to help protect Iowans," said Chance McElhaney, Chief Operations Officer of the Iowa Department of Insurance and Financial Services. "This is an example of why contractors are not allowed to partner or enter into a contract with a public adjuster in the state of Iowa."

Iowans with questions or concerns about a public adjuster or contractor acting as an unlicensed public adjuster may file a complaint with the Iowa Insurance Division.