**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01277-MTS |
| | ) | |
| RIVERDALE PACKAGING CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Thirty-three minutes before their opposition deadline passed, Defendants/Counter-Plaintiffs ("Defendants") sought leave to file a thirty-eight-page Memorandum in Opposition to Plaintiff/Counter-Defendant ("Plaintiff")'s Motion for Summary Judgment. Doc. [91].  Plaintiff opposes the Motion for Leave, Doc. [92], and Defendants have filed a Reply thereto, Doc. [93].  The Court is not convinced that such a significant amount of additional pages is needed here.  *See Morgan v. S. Bend Cmty. Sch. Corp.*, 797 F.2d 471, 480 (7th Cir. 1986) (Easterbrook, J.) (explaining that page limitations benefit the litigants and the court and induce an advocate "to write tight prose, which helps his client's cause").  The Court therefore will largely deny the last-minute, excessive request, but it will provide Defendants leave to file a brief with five additional numbered pages. Though Defendants, of course, should have sought leave prior to the eleventh hour, the Court will grant them additional time to edit their memorandum to conform with this leave.  *See* Fed. R. Civ. P. 6(b)(1)(A) (providing when a court may extend time with or

without motion or notice).  This ruling expresses no opinion on the merits of either party's substantive arguments raised in their briefing.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File in Excess of Page Limitation, Doc. [91], is **GRANTED** in part.  Defendants have leave to file a memorandum of twenty numbered pages.

**IT IS FURTHER ORDERED** that Defendants shall file their memorandum no later than **Tuesday**, **March 10, 2026**.  Plaintiff shall have the usual time to file any reply.

Dated this 6th day of March 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE