STATE OF _____          )
                                    ) ss.
COUNTY OF _____           )

## AFFIDAVIT OF SARA LARSON

I, Sara Larson, of lawful age, being first duly sworn, state that I am of sound mind, capable of making this Affidavit, and that I have personal knowledge of the facts herein stated.

1.  I am employed by Acuity, a Mutual Insurance Company.

2.  My job title is General Manager of Staff Claims.

3.  I have reviewed the most recent version of the list of topics included in defendant Wombat's notice to take the deposition of an Acuity corporate representative, and I have investigated what steps would be required to obtain the requested information.

4.  Acuity's internet-based computer system was developed fifteen years ago to meet Acuity's specific business requirements.

5.  It does not track, tag, identify or categorize the specific data elements requested in the listed deposition topics.

6.  For example, Acuity's system does not track, tag, identify or categorize property damage claims in which the property was sold while a claim was pending and the property owner assigned the benefits of the claim to the buyer.

7.  Acuity's system does not have a search function that would permit a word search of claim file notes of multiple claims.

8.  In Missouri alone, there were more than 6,000 first party property damage claims for the period of time 2023 to 2025.

9.  For all of the states in which Acuity writes insurance, there were approximately 36,000 first party property damage claims for the period of time 2023 to 2025.

10.  I have attempted to calculate the cost of performing a manual search of all first-party property damage claims for the 10 states selected by counsel for Wombat in which Acuity writes insurance. Acuity does not write insurance in California, New Jersey, New York, Oklahoma, or South Carolina.

11.  Estimating it will take 60 minutes of search time per file and assigning a value of $100 per hour for the labor cost, I have calculated an estimated total cost of $2,049,100 to search the individual claim files for the requested information, e.g., how claims were paid, the result of the claim, regulatory actions, etc. This is a conservative estimate.

12.  The above estimate does not include the cost of IT support to run ad hoc reports, which would require two IT staff members working up to 50 hours at a total cost of approximately $10,000.

13.  To vexatious refusal claims, it would be necessary to have IT staff run an ad hoc report, and then each claim identified in the report would have to be manually reviewed. Again estimating 30 minutes of search time per claim and assigning a value of $100 per hour for labor, I have calculated an estimated total cost of approximately $78,250 for each year searched. Again, this is a conservative estimate.

Dated March 13, 2026

_____
Sara Larson

Subscribed and sworn to before me on March 13, 2026.

_____
Notary Public

HALEIGH LYNN WEHRMANN
Notary Public
State of Wisconsin

3