UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ACUITY, A MUTUAL INSURANCE
COMPANY,

        Plaintiff,

    v.

RIVERDALE PACKAGING
CORPORATION,

and

LORA PROPERTY INVESTMENTS,
LLC

and

WOMBAT ACQUISITIONS LLC,

        Defendants.

Case No.: 4:24-cv-01277

## JOINT PROPOSED SCHEDULING PLAN

COME NOW, the parties, by and through their undersigned counsel and propose the following scheduling plan.

The parties propose that the Third-Amended Case Managing Order remain in place, with the following exceptions:

1.  All motions to file amended pleadings must be filed no later than June 1, 2026.

2.  The parties shall complete all discovery no later than July 17, 2026.

3.  All discovery disputes may be raised with the Court on or before July 24, 2026.

4.  Any dispositive motions or "Daubert" motions must be filed no later than August 14, 2026.

5.  With a jury trial to be set on a new date that is mutually agreeable to the Court and counsel.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE LLC

 /s/ Michael Shunk
James R. Jarrow MO # 38686
Michael W. Shunk MO # 43841
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Tel: (816) 471-2121
Fax: (816) 472-0288
jarrow@bakersterchi.com
mshunk@bakersterchi.com
**Attorneys for Defendant Acuity a Mutual Insurance Company**

CAPES, SOKOL, GOODMAN & SARACHAN, PC

 /s/ Zachary McMichael
Zachary R. McMichael      #68251
Elizabeth W. McKown       #73484
818 Maryland Ave., Fifteenth Floor
St. Louis, Missouri 63105
(314) 721-7701
mcmichael@capesokol.com
mckown@capessokol.com
**Attorneys for Defendant Riverdale/Lora**

2

and

OTT LAW FIRM

/s/ Joseph A. Ott
Joseph A. Ott                              #67889
3544 Oxford Blvd.
Maplewood, MO 63143
Telephone (314) 293-3756
joe@ott.law
**Attorney for Defendant Wombat**

3