**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

ACUITY, A MUTUAL INSURANCE COMPANY,

Plaintiff,

vs.

RIVERDALE PACKAGING CORPORATION, *et al.*,

Defendants.

Case No. 4:24-cv-01277-MTS

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff Acuity, A Mutual Insurance Company's unopposed Motion for Leave to File Second Amended Complaint, Doc. [108], is **GRANTED**. The Clerk of Court is respectfully directed to file the proposed Second Amended Complaint. Doc. [108-1].

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, Doc. [82], and Defendants Riverdale Packaging Corporation and Lora Property Investments, LLC's Motion for Leave to Amend Answer, Doc. [107], are **DENIED** without prejudice as moot in light of the Second Amended Complaint.

**IT IS FINALLY ORDERED** that a Final Pretrial Conference is set in this matter for **Monday**, **January 25, 2027**, at **2:00 p.m.**, in Courtroom 16-S.

Dated this 9th day of June 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE