**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

ACUITY, A MUTUAL INSURANCE COMPANY, )
)
Plaintiff, )
)
vs. ) Case No. 4:24-cv-01277-MTS
)
RIVERDALE PACKAGING CORPORATION, *et al.*, )
)
Defendants. )

**ORDER**

The Court granted Plaintiff Acuity, A Mutual Insurance Company's unopposed Motion for Leave to File Second Amended Complaint and directed the Clerk to file the proposed Second Amended Complaint. Doc. [113]. The Clerk did so. Doc. [114]. Plaintiff Acuity then also purported to file a Second Amended Complaint. Doc. [115]. For the sake of the clarity of the record, the Clerk is respectfully directed to **STRIKE** Document [115]. Plaintiff Acuity's current operative pleading in this matter is its Second Amended Complaint at Document [114].

So **ORDERED** this 11th day of June 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE