**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RIVERDALE PACKAGING CORP., et al.<br><br>Defendants. | Case No.: 4:24-cv-01277-MTS |

**CROSSCLAIM PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Defendants/Crossclaim Plaintiffs Riverdale Packaging Corporation ("Riverdale") and Lora Property Investments, LLC ("Lora") (together, "Riverdale and Lora"), by and through their undersigned counsel, pursuant to this Court's inherent authority to enforce settlement agreements and Local Rule 4.01, respectfully move the Court for an order enforcing the settlement agreement they reached with Defendant/Crossclaim Defendant Wombat Acquisitions, LLC ("Wombat"), and in support state as follows:

1. In July and August 2026, counsel for Riverdale and Lora and counsel for Wombat, through a series of written email communications, reached a complete and binding agreement to resolve Riverdale and Lora's crossclaim against Wombat. The parties' settlement correspondence is attached as Exhibits A through F (the "Settlement Correspondence").

2. The material terms of the settlement are undisputed: (a) Wombat would pay Riverdale and Lora's attorneys' fees and costs, totaling $29,090.50 through July 31, 2026; (b) Wombat would consent to the entry of judgment as to liability on Count I of the crossclaim (contractual indemnity) and waive a jury trial on damages as to that count; (c) Riverdale and Lora

would voluntarily dismiss Count II of the crossclaim (restitution); and (d) Riverdale and Lora would provide a sworn statement of loss.

3. Wombat, through counsel, expressly agreed to these terms, approved the form of consent judgment that Riverdale and Lora's counsel prepared, and confirmed that its client had approved the settlement. Wombat then received Riverdale and Lora's payment instructions and represented that payment was forthcoming.

4. Riverdale and Lora have performed, or stand ready to perform, every obligation the settlement requires of them. Riverdale and Lora are presently in possession of a fully executed copy of the sworn statement of loss and are ready, willing, and able to provide it to Wombat immediately upon Wombat's compliance with the settlement.

5. Despite its agreement, Wombat has failed to pay the agreed sum or to perform its remaining obligations under the settlement.

6. Under Missouri contract law, which governs the existence of the settlement, and this Court's inherent authority to enforce settlements, the agreement is valid and enforceable, and Wombat should be ordered to perform. The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law in Support, filed contemporaneously pursuant to Local Rule 4.01(A).

WHEREFORE, Riverdale and Lora respectfully request that the Court: (a) find that a valid and enforceable settlement agreement exists between Riverdale and Lora and Wombat; (b) order Wombat to specifically perform the settlement by paying Riverdale and Lora $29,090.50 within fourteen (14) days of the Court's order; (c) upon Wombat's payment, direct the entry of the parties' agreed consent judgment against Wombat as to liability on Count I of the crossclaim, with waiver of jury trial on damages as to that count, and dismissal of Count II, and direct Riverdale and Lora

to deliver the fully executed sworn statement of loss to Wombat; (d) alternatively, set an evidentiary hearing on the existence and terms of the settlement; (e) award Riverdale and Lora their attorneys' fees incurred in preparing and filing this motion; and (f) grant such other and further relief as the Court deems just and proper.

Respectfully submitted:

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: /s/ *Zachary R. McMichael*
Zachary R. McMichael, #68251(MO)
Elizabeth W. McKown, #73484(MO)
8182 Maryland Ave., Fifteenth Floor
St. Louis, Missouri 63105
(314) 721-7701 (telephone)
(314) 721-0554 (facsimile)
mcmichael@capessokol.com
mckown@capessokol.com

***Attorneys for Defendants Riverdale Packaging Corporation and Lora Property Investments, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all counsel of record for the parties on the date of filing via the Court's CM/ECF electronic filing system.

*/s/ Zachary R. McMichael*