**From:** Zachary R. McMichael
**To:** "Joseph Ott"
**Subject:** RE: Call
**Date:** Tuesday, July 21, 2026 2:21:53 PM
**Attachments:** Notke_Wombat Activity Billed Report.pdf

---

Joe,

I was able to connect with my client this morning. We will complete the sworn proof of loss form and send it to you on two conditions. First, I need to receive a check from Wombat for the $25,525.00 for my client's attorneys' fees through May 31, 2026, pursuant to the Agreement. Second, we require a consent judgment on our counterclaim. Unfortunately, my client does not believe that if it continues to cooperate in this matter, that Wombat will uphold the terms of its agreement to indemnify my client. We are fine with a consent judgment as to liability on Count I and waiver of jury trial on damages on that count. We will ask the Court to voluntarily dismiss Count II.

Please let me know.

-Zach

EXHIBIT

A