**From:** Zachary R. McMichael
**To:** Joseph Ott
**Subject:** Re: Call
**Date:** Wednesday, July 22, 2026 8:27:00 PM

Great news. I'll get it over to you tomorrow.

Get Outlook for iOS

**From:** Joseph Ott <joe@ott.law>
**Sent:** Wednesday, 22 July 2026 20:21:00
**To:** Zachary R. McMichael <McMichael@capessokol.com>
**Subject:** Re: Call

Zach,

We are all agreed on this. Please send over proposed language for the proposed consent judgement.

**Joseph Ott**
**Attorney, Ott Law Firm**
**Office:** 3142933756 |**Direct:** 3143039360 | Ott.law | joe@ott.law
75 W. Lockwood Avenue, Webster Groves MO 63119

On Tue, Jul 21, 2026 at 2:22 PM Zachary R. McMichael <McMichael@capessokol.com> wrote:

> Joe,
>
> I was able to connect with my client this morning. We will complete the sworn proof of loss form and send it to you on two conditions. First, I need to receive a check from Wombat for the $25,525.00 for my client's attorneys' fees through May 31, 2026, pursuant to the Agreement. Second, we require a consent judgment on our counterclaim. Unfortunately, my client does not believe that if it continues to cooperate in this matter, that Wombat will uphold the terms of its agreement to indemnify my client. We are fine with a consent judgment as to liability on Count I and waiver of jury trial on damages on that count. We will ask the Court to voluntarily dismiss Count II.
>
> Please let me know.
>
> -Zach

EXHIBIT B