**From:** Zachary R. McMichael
**To:** "Joseph Ott"
**Subject:** RE: Call
**Date:** Wednesday, August 5, 2026 3:47:00 PM

They can send me a check or they can pay online, or they can wire funds. Just let me know how they want to pay and I'll send specific instructions.
-Z

**From:** Joseph Ott <joe@ott.law>
**Sent:** Wednesday, August 5, 2026 3:46 PM
**To:** Zachary R. McMichael <McMichael@capessokol.com>
**Subject:** Re: Call

Ok. Lets get you paid how?

On Wed, Aug 5, 2026 at 3:31 PM Zachary R. McMichael <McMichael@capessokol.com> wrote:

> Joe,
>
> Just wanted to touch base with you on this matter. Through the end of July 2026, the total amount of attorneys' fees and costs is $29,090.50. The previous number I gave you was through the end of May 2026. We had a couple of hours in June and July on this case, which increased the total amount. As we discussed, I don't plan to do anymore work on this matter, and I doubt you plan to do anything that would require me to do anymore work, but who knows what Acuity will do. I agree that there is no need for my client to be in this case anymore (or that there was really ever a reason at all). Can you please confirm that your client is sending payment so I can send you the executed version?
>
> If you want, I'm happy to reach out to Acuity to work out a consent judgment between itself and my clients on their claim.
>
> -Zach
>
> **Zachary R. McMichael**
> Capes Sokol • *Shareholder*
>
> **From:** Joseph Ott <joe@ott.law>
> **Sent:** Wednesday, July 29, 2026 9:13 AM
> **To:** Zachary R. McMichael <McMichael@capessokol.com>
> **Subject:** Re: Call
>
> That looks good to me Zach. My client approved yesterday, sorry for the delay.
>
> On Fri, Jul 24, 2026 at 9:35 AM Zachary R. McMichael <McMichael@capessokol.com> wrote:
>
>> Joe,

EXHIBIT D

Here is my first stab at this. While I don't think we are going to have any real issues on the damages part, I think this gives us a fair way to resolve any issues that may come up. I need to run this by my client once you and I have agreement on the form and substance, but I don't think that will be an issue.

-Zach

**Zachary R. McMichael**
Capes Sokol • *Shareholder*

---

**From:** Joseph Ott <joe@ott.law>
**Sent:** Wednesday, July 22, 2026 8:21 PM
**To:** Zachary R. McMichael <McMichael@capessokol.com>
**Subject:** Re: Call

Zach,

We are all agreed on this. Please send over proposed language for the proposed consent judgement.

**Joseph Ott**
**Attorney, Ott Law Firm**
**Office:** 3142933756 |**Direct:** 3143039360 | Ott.law | joe@ott.law
75 W. Lockwood Avenue, Webster Groves MO 63119

On Tue, Jul 21, 2026 at 2:22 PM Zachary R. McMichael <McMichael@capessokol.com> wrote:

> Joe,
>
> I was able to connect with my client this morning. We will complete the sworn proof of loss form and send it to you on two conditions. First, I need to receive a check from Wombat for the $25,525.00 for my client's attorneys' fees through May 31, 2026, pursuant to the Agreement. Second, we require a consent judgment on our counterclaim. Unfortunately, my client does not believe that if it continues to cooperate in this matter, that Wombat will uphold the terms of its agreement to indemnify my client. We are fine with a consent judgment as to liability on Count I and waiver of jury trial on damages on that count. We will ask the Court to voluntarily dismiss Count II.
>
> Please let me know.
>
> -Zach