**From:** Joseph Ott
**To:** Zachary R. McMichael
**Subject:** Re: Wombat
**Date:** Thursday, August 6, 2026 4:01:24 PM

Zach, this was sent to my client. I will follow up with them later today.

On Thu, Aug 6, 2026 at 11:13 AM Zachary R. McMichael <McMichael@capessokol.com> wrote:

> Joe:
>
> Please see attached, which includes wire instructions and the Client number for your client to include with the wire transfer instructions. Let me know when they send it so I can confirm receipt. Once I get it, I'll send you the signed sworn loss, file the consent judgment, and incur as little additional costs (hopefully zero) on this matter.
>
> -Zach
>
> **Zachary R. McMichael**
> Capes Sokol • *Shareholder*
>
> **T** 314.505.5464
> 8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105
>
> **CONFIDENTIALITY NOTICE**: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

--

**Joseph Ott**
**Attorney, Ott Law Firm**

**Office:** 3142933756 |**Direct:** 3143039360 | Ott.law | joe@ott.law
75 W. Lockwood Avenue, Webster Groves MO 63119

EXHIBIT
E