**From:** Kourtney D. Villars
**To:** Sara R. Tucker; Kelly A. Powell
**Subject:** FW: Parkside Financial - Online Account Notice
**Date:** Tuesday, October 27, 2026 8:40:03 AM

**Kourtney D. Villars**
Capes Sokol • *Senior Accounting Specialist*

**T** 314.505.5472 • **F** 314.505.5473
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

**CONFIDENTIALITY NOTICE**: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**From:** PARKSIDE FINANCIAL <onlinesupport@pfbt.com>
**Sent:** Tuesday, October 27, 2026 8:33 AM
**To:** Kourtney D. Villars <villars@capessokol.com>
**Subject:** Parkside Financial - Online Account Notice

You have received an incoming wire.
Wire Transfer
4:24-CV-01277 ACUITY V. WOMBAT, ET
AL. CLIENT NO. 18402-001
Amount: $ 29,090.50
LAWYER T 0004 ****1005

For specific details on account LAWYER T 0004 , please log into your Parkside Financial online account.
Click here to access Parkside Financial Bank & Trust account

**NOTE: Some web browsers do not open a new window when the above link is clicked. If you find that a new window did not open, please check the other open browsers on your computer.**

EXHIBIT G